227 So.2d 593

**CHEVRON OIL COMPANY**

v.

**Hall W. WILSON, Jr., et al.**

No. 50100.

Nov. 10, 1969.

In re: Hall W. Wilson, Jr., et al applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Tensas. 226 So.2d 774.

Writ refused. The judgment of the Court of Appeal is correct.

SANDERS, SUMMERS and BARHAM, JJ., are of the opinion the writ should be granted. The question is of first instance with us and affects vast property rights in this State. We should decide and declare upon this important issue.

■

227 So.2d 593

**Lucille G. HAYES**

v.

**ORLEANS PARISH SCHOOL BOARD.**

No. 50107.

Nov. 12, 1969.

In re: Orleans Parish School Board applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 225 So.2d 131.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.